UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

       - v. -                        :

KEVIN SISTI,                       :

          Defendant.        :

- - - - - - - - - - - - - - - - - x

NOLLE PROSEQUI

14 Cr. 545 (CS)

    1.    The filing of this *nolle prosequi* will dispose of this case with respect to the defendant KEVIN SISTI.   Sisti surrendered, waived indictment, and pleaded guilty to a two-count Information (Docket No. 14 Cr. 545 (CS)) charging him with conspiring to commit bank fraud (in violation of Title 18, United States Code, Section 1349) and conspiring to defraud the Internal Revenue Service (in violation of Title 18, United States Code, Section 371).

    2.    On June 22, 2016, while the above-captioned case was pending, but prior to sentencing, KEVIN SISTI died.   Attached hereto as Exhibit A is a true and correct copy of a death certificate for the defendant.



4.    In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant KEVIN SISTI.

_____
Elliott B. Jacobson
Assistant United States Attorney
(914) 993-1940

Dated:    White Plains, New York
          July 27, 2016


Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant KEVIN SISTI with respect to Information 14 Cr. 545(CS).

_____
PREET BHARARA
United States Attorney
Southern District of New York

Dated:    New York, New York
          July **31**, 2016


SO ORDERED:

_____
HONORABLE CATHY SEIBEL
United States District Judge
Southern District of New York

Dated:    White Plains, New York
          ~~July~~ **8/4**, 2016

# Exhibit A

VS-4 REV. 1/04
STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**

STATE FILE NUMBER (For State Use only. Do not write in this box)

Area to be ted by the Certifier.
ted Area to be ted by Director or ner.

1. DECEDENT'S LEGAL NAME (Include AKA's if any) (First, Middle, Last)
KEVIN PATRICK SISTI

2. SEX: ☒ Male ☐ Female

3. ACTUAL OR PRESUMED DATE OF DEATH (MM/DD/YYYY) (Spell Month)
06/22/2016 June

4. ACTUAL OR PRESUMED TIME OF DEATH: ☐ AM ☒ PM
11:15

5. AGE LAST BIRTHDAY: 51
6. UNDER 1 YEAR: Mo. ___ Days ___
UNDER 1 DAY: Hours ___ Min. ___
7. DATE OF BIRTH (MM/DD/YYYY): 09-09-1964
8. BIRTHPLACE (City, State or Foreign Country): New Britain, CT

9. RESIDENCE (State): CT
10. RESIDENCE (County): Hartford
11. RESIDENCE (City or Town): Farmington
12. RESIDENCE (Street and No.): 64 Pinnacle Rd
13. APT. NO.: --

14. ZIP CODE: 06032
15. EVER IN US ARMED FORCES? ☐ Yes ☒ No
16. MARITAL STATUS AT TIME OF DEATH: ☒ Married ☐ Married but separated ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown
17. SURVIVING SPOUSE'S NAME (Give full name prior to first marriage): Paula Russo

18. FATHER'S NAME (First, Middle, Last): BENJAMIN SISTI
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Helene Bailey

20. INFORMANT'S NAME: Kevin Sisti Jr.
21. INFORMANT'S RELATIONSHIP TO DECEDENT: Son
22. MAILING ADDRESS (Street and Number, City, State, Zip Code): 64 Pinnacle Rd Farmington CT 06032

23. IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient ☐ ER/outpatient ☐ Dead on Arrival
24. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (specify)
25. FACILITY NAME (If not institution, give street & number): UCONN Health

26. CITY OR TOWN OF DEATH: Farmington   ZIP CODE: 06030
27. COUNTY OF DEATH: Hartford
28. METHOD OF DISPOSITION: ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (specify)

29. DISPOSITION (Name of cemetery, crematory, other place): Riverview Crematory
30. LOCATION (city/town, state): Old Saybrook CT
31. DATE (MM/DD/YYYY): 6/25/2016
32. WAS BODY EMBALMED? ☐ Yes ☒ No *If yes, Name of Embalmer: ---

33. FUNERAL FACILITY - Name and Address (street, town, state, zip): NEW BRITAIN MEMORIAL DONALD D. SAGARINO FUNERAL HOME 444 FARMINGTON AVE. NEW BRITAIN CT 06053
34. SIGNATURE OF FUNERAL DIRECTOR OR EMBALMER
35. LICENSE NUMBER OF SIGNEE IN BOX 34: 2657

36. DATE PRONOUNCED DEAD (MM/DD/YYYY): 06/22/2016
37. TIME PRONOUNCED: 11:15 pm
38. PRONOUNCER'S NAME AND DEGREE OR TITLE (Print): Barbara Baron, APRN
39. PRONOUNCER'S SIGNATURE: Barbara Baron
40. DATE SIGNED: 6/22/16

41. WAS MEDICAL EXAMINER CONTACTED? ☒ Yes ☐ No
42. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No
43. WERE THE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☒ No

**CAUSE OF DEATH**
APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE (Final disease or condition resulting in death)
(a) Sepsis
Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line (a). Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
(b) Metastatic Colon Cancer
Due to (or as a consequence of):
(c)
Due to (or as a consequence of):
(d)

45. PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

46. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year

47. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☐ No ☒ Unknown

48. CERTIFIER (Check only one box) ☐ Certifying practitioner - I am the attending practitioner or a practitioner acting on behalf of the attending practitioner and to the best of my knowledge death occurred due to the cause(s) and manner stated. ☐ Pronouncing & Certifying Practitioner - I am the attending practitioner or a practitioner acting on behalf of the attending practitioner and to the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) stated.
Certifier Name (Type or Print): Barbara Baron
Certifier Signature: Barbara Baron
Title of Certifier: APRN
Date Certified: 6/22/16

49. MAILING - CERTIFIER
(Street): 263 Farmington Avenue
(City or Town): Farmington
(State): CT
(Zip): 06030

THIS CERTIFICATE WAS RECEIVED FOR RECORD ON: June 24, 2016
BY: [signature] REGISTRAR: Tracy Monroe, asst.

50. DECEDENT'S EDUCATION-Check the box that best describes the highest degree or level of school completed at the time of death.
☐ 8th grade or less ☒ 9th - 12th grade, no diploma ☐ High School Graduate/GED ☐ Some college credit, but no degree ☐ Associate degree ☐ Bachelor's degree ☐ Master's degree ☐ Doctorate or Professional degree ☐ Unknown ☐ Not available

51. DECEDENT OF HISPANIC ORIGIN?
☒ No, Not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☐ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (specify)

52. DECEDENT'S RACE
☒ White ☐ Black or African American ☐ Asian Indian ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe) ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian (specify) ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander (specify) ☐ Other (specify)

53. DECEDENT'S USUAL OCCUPATION: ENTREPRENEUR
54. KIND OF BUSINESS/INDUSTRY: Self Employed
55. SOCIAL SECURITY NUMBER: 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

**I HEREBY CERTIFY THAT THIS IS A TRUE CERTIFICATE ISSUED FROM THE OFFICIAL RECORDS ON FILE**

DATE ISSUED: 6/24/16
SIGNATURE OF ISSUING REGISTRAR: [signature]
ASSISTANT REGISTRAR
PLACE OF ISSUANCE: FARMINGTON